# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEPHON R. SAUNDERS,**

      **Plaintiff,**

  vs.                                          Case No.:  2:14-cv-493
                                                JUDGE GEORGE C. SMITH
                                                Magistrate Judge Kemp

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On July 20, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's State of Errors be sustained and this matter be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.  (*See Report and Recommendation*, Doc. 24).  This matter is now before the Court on Defendant's Objections to the Magistrate Judge's *Report and Recommendation*.  (Doc. 27).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

Defendant asks the Court to reject the Magistrate Judge's *Report and Recommendation* to remand to essentially correct a typo.  Defendant asserts that the *Report and Recommendation* shows that the ALJ intended to grant no meaningful weight to any of Dr. Reddy's opinions and therefore there is no need to remand this matter for the ALJ to state this more clearly.

The Magistrate Judge acknowledges that although "the ALJ does not mention any of the relevant regulatory factors – which may not, in itself, necessarily require remand, but which is relevant to this particular articulation issue – and there are various aspects of Dr. Reddy's

opinion which the ALJ does not address at all." (R&R at 12, Doc. 24). Further, the Magistrate Judge states that once the ALJ provides an explanation of how much weight was given to Dr. Reddy's opinions, and why, then "the Court will be better able to determine if the reasons provided have substantial support in the record." (*Id*.). Accordingly, the Court requires further explanation from the ALJ as opposed to just assuming that "the ALJ intended to grant no meaningful weight to any of Dr. Reddy's opinions" as suggested by Defendant. (Def.'s Objs. at 1). Therefore, Defendant's objection has been considered and is **OVERRULED**.

Accordingly, the *Report and Recommendation,* Document 24, is **ADOPTED** and **AFFIRMED.** Plaintiff's Statement of Errors is sustained and this case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for consideration of the matters set forth in detail in the *Report and Recommendation*.

The Clerk shall remove Documents 24 and 27 from the Court's pending motions list.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

2